IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BIGCOMMERCE, INC.<br>　　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL NO. 1:23-CV-00298-DAE |
| COVER GENIUS WARRANTY<br>SERVICES, LLC | §<br>§<br>§ | |
| 　　　Defendant. | § | |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Parties to this suit have filed a Joint Stipulation of Dismissal with Prejudice ("Stipulation") of all claims and causes of action that were or could have been asserted by and between the Parties and arising out of or in any way related to the matters raised in this lawsuit.

It is therefore ORDERED that pursuant to the Rule 41(a) Stipulation of Dismissal with Prejudice signed and filed by Plaintiff and Defendant, all of Plaintiff's and Defendant's claims in the above-referenced lawsuit are DISMISSED WITH PREJUDICE.

The parties shall each bear their own costs.

The Clerk is directed to close this matter.

Signed this 19th day of August, 2025.

_____
HON. UNITED STATES DISTRICT JUDGE